# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2021

Bridget M. McCormack,
Chief Justice

161955

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WILLIAM HALL,
    Defendant-Appellant.

SC: 161955
COA: 353450
Kalamazoo CC: 1997-000230-FC

_____/

On order of the Court, the application for leave to appeal the July 16, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

ZAHRA and CLEMENT, JJ., would deny leave to appeal under MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2021



b0616

Clerk